FILED
John E. Triplett, Clerk of Court
United States District Court
By jburrell at 5:10 pm, Sep 13, 2021

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | INFORMATION NO.   1:21cr-70 |
| ) | |
| v.                              ) | 18 U.S.C. § 1001(a) |
| ) | False Statements |
| **ENOCH ELLER, JR.**            ) | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

## COUNT ONE
*False Statements*
18 U.S.C. § 1001(a)

From in or about March 2020 through in or about June 2021, within the Augusta and Dublin Divisions of the Southern District of Georgia, the defendant,

**ENOCH ELLER, JR.,**

then being a United States Probation Officer with the United States Probation Office (USPO), Southern District of Georgia, in matters within the jurisdiction of the judicial branch of the Government of the United States, did knowingly and willfully make and use false writings and documents knowing the same to contain materially false, fictitious, and fraudulent statements and entries. Specifically:

(1) Defendant completed and submitted written entries to USPO through their Probation and Pretrial Services Automated Case Tracking System (PACTS) falsely reporting that, for certain individuals on pretrial release over whom he had supervisory duties, urine specimens had been collected and tested negative, when in fact, as Defendant then and there well knew, he did not perform such drug testing;

(2)     Defendant completed and submitted written entries to USPO through PACTS claiming that he had personal contacts with certain individuals on pretrial release over whom he had supervisory duties, when in fact, as Defendant then and there well knew, such personal contacts did not occur; and

(3)     Defendant completed and submitted to USPO a document titled Bond Supervision Information for Officer Attending Court Only, wherein Defendant represented that an individual on pretrial release had undergone urinalysis on four occasions, most recently on June 7, 2021, when in fact, as Defendant then and there well knew, urinalysis was neither performed on that date nor on the number of occasions represented.

All done in violation of Title 18, United States Code, Section 1001(a)(3).

_____
David H. Estes
Acting United States Attorney

_____
Chris Howard
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division