# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

CHANGE OF PLEA IN  USA v. Enoch Eller

CRIMINAL NO. 1:1 21CR0070  AT  Augusta, GA

\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\***\*

WITH CONSENT OF THE COURT, THE

DEFENDANT ENOCH ELLER, HAVING

PREVIOUSLY ENTERED A PLEA OF _____ ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF  GUILTY  TO  COUNT ONE (1)

IN THE INFORMATION.

THIS 21st DAY OF SEPTEMBER, 2021.

NOLLE PROSSE AS

TO COUNT(S) _____

ENOCH ELLER, DEFENDANT

COUNSEL FOR DEFENDANT
DAVID STEWART