UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:21-CR-070 |
| | ) | |
| **ENOCH ELLER, JR.** | ) | |

## ORDER

Pending before the Court is the United States' Motion for Leave of Absence, wherein AUSA Christopher Howard requests, pursuant to Local Rule 83.9, that the Court grant him leave of absence in this case from October 6, 2021 through October 8, 2021. Having considered the Motion, the United States' Motion is **GRANTED**. Counsel may be absent at the times requested. However, nothing shall prevent this case from going forward. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this _____ day of September 2021.

_____
HON. DUDLEY H. BOWEN, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA